```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 10797
    WILLIAM PALMER
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX
            Debtor
    SSN XXX-XX-6322


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/15/2007 and was not confirmed.

     The case was dismissed without confirmation 08/20/2007.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
ENTERPRISE TRUCK RENTAL     SECURED                 .00         .00           .00
ENTERPRISE TRUCK RENTAL     UNSECURED        NOT FILED          .00           .00
BALLYS TOTAL FITNESS        UNSECURED        NOT FILED          .00           .00
CITY OF CHICAGO PARKING     UNSECURED           7100.00         .00           .00
COMCAST DIGITAL PHONE SE    UNSECURED        NOT FILED          .00           .00
ILLINOIS DEPT OF PUBLIC     UNSECURED        NOT FILED          .00           .00
ILLINOIS DEPT OF PUBLIC     UNSECURED        NOT FILED          .00           .00
ILLINOIS DEPT OF PUBLIC     UNSECURED        NOT FILED          .00           .00
RICKENBACKER                UNSECURED        NOT FILED          .00           .00
SAM'S CLUB                  UNSECURED        NOT FILED          .00           .00
T-MOBILE USA                UNSECURED            187.62         .00           .00
LEGAL REMEDIES CHARTERED    DEBTOR ATTY           .00                         .00
TOM VAUGHN                  TRUSTEE                                           .00
DEBTOR REFUND               REFUND                                            .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                                 .00
SECURED                                                  .00
UNSECURED                                                .00
ADMINISTRATIVE                                           .00
TRUSTEE COMPENSATION                                     .00
DEBTOR REFUND                                            .00
                          --------------       --------------
TOTALS                         .00                       .00




              PAGE   1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 10797 WILLIAM PALMER
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/03/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE